IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JOYCE S.,[1]

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 6:18-cv-00601-MK
**ORDER**

AIKEN, District Judge:

Magistrate Judge Mustafa Kasubhai filed his Findings and Recommendation ("F&R") (doc. 18) recommending that the decision of the Commissioner be reversed and remanded for an immediate payment of benefits. This case is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

No objections have been timely filed. Although this relieves me of my obligation to perform a *de novo* review, I retain the obligation to "make an informed, final decision." *Britt v.*

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party or parties in this case. Where applicable, this opinion uses the same designation for a non-governmental party's immediate family member.

PAGE 1 –ORDER

*Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds*, *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The Magistrates Act does not specify a standard of review in cases where no objections are filed. *Ray v. Astrue*, 2012 WL 1598239, *1 (D. Or. May 7, 2012). Following the recommendation of the Rules Advisory Committee, I review the F&R for "clear error on the face of the record[.]" Fed. R. Civ. P. 72 advisory committee's note (1983) (citing *Campbell v. United States District Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Vonn*, 535 U.S. 55, 64 n.6 (2002) (stating that, "[i]n the absence of a clear legislative mandate, the Advisory Committee Notes provide a reliable source of insight into the meaning of" a federal rule). Having reviewed the file of this case and Magistrate Judge Kasubhai's opinion, I find no clear error.

Thus, I adopt Magistrate Judge Kasubhai's F&R (doc. 18) in its entirety. Accordingly, the decision of the Commissioner is REVERSED, and this case is REMANDED for an immediate payment of benefits. This case is dismissed.

IT IS SO ORDERED.

Dated this 3rd day of July, 2019.

_____
Ann Aiken
United States District Judge